IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Antwan Robinson, | ) | C/A No. 5:11-2259-DCN-KDW |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Eileen Delany, Jacqueline C Gambrell, et al., | ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on January 10, 2012. ECF No. 52. As Plaintiff is proceeding pro se, the court entered an order on January 10, 2012, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. ECF No. 53. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion for summary judgment by March 26, 2012. Plaintiff is further advised that if he fails to respond, this action will be recommended for

dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

February 27, 2012                                               Kaymani D. West  
Florence, South Carolina                           United States Magistrate Judge