IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Antwan Robinson, <br><br> Plaintiff, <br><br> vs. <br><br> Eileen Delany, NP; Jacqueline C. Gambrell, HSC I; Major Dennis Bush, Security; Mr. Wilson, CCV IV; Pamela Whitley, Regional Director; Sylvia Roberts, CCC IV; Mr. Williams, HSC I; Ms. W. Wardy, <br><br> Defendants. | C/A No. 5:11-2259-DCN-KDW <br><br> REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on January 10, 2012. ECF No. 52. As Plaintiff is proceeding pro se, the court entered an order on January 10, 2012, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. ECF No. 53. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

On February 27, 2012, the court ordered Plaintiff to advise whether he wished to continue with the case by March 26, 2012. ECF No. 57. Plaintiff has filed no response. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed with

prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

April 2, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**